IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

| | |
|---|---|
| **In the Matter of**: | Case No. 15-30250 |
| Tommy Lee Crawford | Chapter 13 |
| **Debtor** | |

## ORDER TO REFUND UNCLAIMED MONIES

The court finds that an amount of $1,700.00 deposited in the Registry Account for Unclaimed Monies for reasons stated in the Motion filed contemporaneously herewith, is due and owing to the Debtor, Tommy Lee Crawford, therefore,

**IT IS HEREBY ORDERED** that the Clerk, U.S. Bankruptcy Court, Western District of Kentucky, disburse this unclaimed dividend of $1,700.00 to:

Tommy Lee Crawford
2131 Edsel Lane, NW 204
Corydin, IN 47112.

Submitted by:

Julie Ann O'Bryan
Counsel for Debtor
O'Bryan Law Offices, PSC
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
rebecca@obryalawoffices.com

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: January 10, 2017